IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREG KRUSEC,

                    Plaintiff,                            JUDGMENT IN A CIVIL CASE

    v.

                                                     Case No. 15-cv-498-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security

                    Defendant.

       This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Greg Krusec attorney fees in the amount of $9,494.40 and costs in the amount of $400 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | 9/28/2016 |
| Peter Oppeneer, Clerk of Court | Date |